UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| FRANCISCAN HEALTH INDIANAPOLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:16-cv-03142-RLY-MJD |
| | ) | |
| THOMAS E. PRICE, M.D., SECRETARY, | ) | |
| UNITED STATE DEPARTMENT OF | ) | |
| HEALTH & HUMAN SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the parties' Joint Motion to Remand to the Secretary. The parties represent that Plaintiff is seeking judicial review of the Provider Reimbursement Review Board's ("PRRB's") decision dismissing Plaintiff from a group appeal in PRRB Case No. 13-2190GC. The group appeal challenged the Medicare Contractor's treatment of dual eligible days within the group participants' Supplemental Security Income ("SSI") ratios used to calculate the Disproportionate Share Hospital ("DSH") adjustment. The PRRB dismissed Plaintiff from the group appeal because it found that Plaintiff could not show that its SSI ratio had been "specifically revised" in the revised Notice of Program Reimbursement as required by 42 C.F.R. § 405.1889(b) to exercise jurisdiction over the appeal.

The parties also represent that Plaintiff's SSI ratio was "specifically revised" because the SSI ratio changed from 0.02454 to 0.02446. Therefore, 42 C.F.R. § 405.1889(b) does not preclude the PRRB from exercising jurisdiction over Plaintiff's appeal.

Whereupon the Court, having considered the motion and being duly advised, now finds that the joint motion, should be and hereby is GRANTED.

IT ISTHEREFORE ORDERED THAT the case be REMANDED to the Secretary with instructions to remand the matter to the PRRB to add Plaintiff to the group appeal at PRRB Case No. 13-2190GC.

IT IS FURTHR ORDERED THAT the complaint currently pending before this Court be, and hereby is, DISMISSED without prejudice.

Dated:    7/31/2017

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution: All ECF/CM Counsel of Record